**FILED**
February 22, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THEODORE PLATANITIS, )<br>)<br>Defendant. ) | CASE NUMBER: 2:13-mj-00057-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Theodore Platanitis; Case 2:13-mj-00057-KJN from custody and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $10,000.00

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) Pretrial Supervision/Conditions;

Issued at  Sacramento, CA  on   2/22/2013   at  2:40 pm.

By  _____
Kendall J. Newman
United States Magistrate Judge